IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD F. BENSON, III,<br><br>        Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A., et al.,<br><br>        Defendants. | Case No.: 12-cv-760 JSC<br><br>**ORDER RE: SCHEDULING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

On March 25, 2013, the Court ordered Plaintiff to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) based on Plaintiff's failure to file an opposition to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 35). (Dkt. No. 41.) Plaintiff has filed a response to the order to show cause and a belated opposition to Defendants' motion. (Dkt. Nos. 44 & 45.)

Defendants' reply, if any, to Plaintiff's opposition is now due April 9, 2013. The hearing on defendant's Motion to Dismiss and the Case Management Conference are reset for April 18, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave. San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 2, 2013

                                                                            _____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE