IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD F. BENSON, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No.: 12-cv-760 JSC<br><br>**ORDER RE: DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT (Dkt. No. 56)** |

In light of the parties' Stipulation to Stay Litigation (Dkt. No. 60) until July 18, 2013 and Plaintiff's failure to timely file an opposition to Defendants' Motion to Dismiss (Dkt. No. 56), the hearing on Defendants' motion currently set for July 18, 2013 is taken off calendar. The parties shall notify the Court of the status of the parties' efforts to resolve this matter by July 19, 2013, and if necessary, shall submit a revised briefing schedule on the motion to dismiss by this date.

**IT IS SO ORDERED.**

Dated: July 1, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE