IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD F. BENSON, III,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITIBANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No.: 12-cv-760 JSC<br><br>**ORDER LIFTING LITIGATION STAY AND SETTING BRIEFING SCHEDULE** |

Defendants have notified the Court that the parties' settlement efforts were unsuccessful, and thus, request that the litigation stay be lifted. (Dkt. No. 62.) Defendants' request is GRANTED, the stay is hereby lifted. Plaintiff's opposition to Defendants' Motion to Dismiss the Third Amended Complaint (Dkt. No. 56) is due August 5, 2013; Defendants' reply is due August 12, 2013. The motion is set for hearing on August 29, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED.**

Dated: July 23, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE