IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD F. BENSON, III,<br><br>      Plaintiff,<br><br>   v.<br><br>CITIBANK, N.A., et al.,<br><br>      Defendants. | Case No.: 12-cv-760 JSC<br><br>**ORDER TO SHOW CAUSE** |

On July 23, 2013, the Court lifted the litigation stay and set a briefing schedule on Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint. (Dkt. No. 63.) Plaintiff's opposition was due August 5, 2013, but to date, Plaintiff has not filed an Opposition or Statement of non-opposition to the Motion to Dismiss, as required by Local Rule 7-3(b).

Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before August 19, 2013. If no response is received, this action may be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 12, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE